Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of KATIE KICKERTZ, Respondent, v NEW YORK UNIVERSITY, Appellant.

Submitted December 3, 2012; decided January 15, 2013

Motion for a stay dismissed as academic.

In the Matter of KATIE KICKERTZ, Respondent, v NEW YORK UNIVERSITY, Appellant.

Submitted December 17, 2012; decided January 15, 2013

Motion to dismiss appeal granted and appeal dismissed upon the ground that the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.

ERIC LANDON, Respondent, v KROLL LABORATORY SPECIALISTS, INC., Appellant.

Submitted December 10, 2012; decided January 15, 2013

Motion by Robert N. Isseks and Bloom & Bloom, P.C. to withdraw as counsel for respondent on the appeal herein granted.

In the Matter of MARVIN P., Appellant, v KATHLEEN M. RICE, Nassau County District Attorney, et al., Respondents.

Submitted December 17, 2012; decided January 15, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that